UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GRANT REED,

                Plaintiff,

     - against -

LUXURY VACATION HOME LLC, et al.,

                Defendants.

**ORDER**

20 Civ. 4243 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      It is hereby ORDERED that the conference in this action previously scheduled for October 15, 2020 is adjourned _sine die_.

      It is further ORDERED that the following briefing schedule will apply to Defendants' motion to dismiss:

- Moving papers are due by **Wednesday, November 4, 2020**;
- Opposition papers are due by **Wednesday, November 25, 2020**;
- Any reply is due by **Wednesday, December 2, 2020**.

      It is further ORDERED that discovery is stayed pending resolution of Defendants' motion to dismiss.

Dated:  New York, New York
         October 14, 2020

                                      SO ORDERED.

                                      Paul G. Gardephe
                                    United States District Judge