*Legal Counsel.*

**Dinsmôre**

DINSMORE & SHOHL LLP
222 W. Adams Street ^ Suite 3400
Chicago, IL 60606
www.dinsmore.com

Matthew C. Wasserman
(312) 837-4316  (direct) ^ (312) 372-6085 (fax)
Matthew.wasserman@dinsmore.com

November 7, 2022

**FOR ELECTRONIC FILING**
Honorable Paul G. Gardephe
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

***Re:***     ***Reed v Luxury Vacation Home, LLC, et al. 20-cv-4243***
         ***Request for Adjournment of Court Appearance***

Dear Honorable Judge Gardephe:

On November 3, 2022, Plaintiff, Grant Reed ("Mr. Reed"), and Defendants, Luxury Vacation Home LLC ("LVH") and Andrew Robbins as Trustee of the Bird Streets Real Estate Development Trust (the "Trust" or "Owner") (collectively the "Parties"), submitted a joint letter to the Court requesting a continuance of the November 10, 2022 court date. The Parties stated that they are currently engaged in preliminary settlement discussions, and the Parties respectfully requested that this Court allow for a short continuance of the November 10, 2022 status date to allow for a potential resolution.

While the letter did include (1) the date of the scheduled appearance (November 10, 2022), (3) the reason for the requested adjournment, and (4) that the Parties are in agreement, the letter inadvertently did not include (2) suggested dates on which all parties are available pursuant to the Individual Rules of Practice of Judge Paul G. Gardephe. The Parties are available to attend the rescheduled case management conference on any of the following dates:

- Thursday, December 1, 2022 (three-week continuance)
- Thursday, December 8, 2022 (four-week continuance)
- Thursday, December 15, 2022 (five-week continuance)

MEMO ENDORSED

The Application is granted. *The Conference is adjourned to Dec. 15, 2022 at 10:45 a.m.*

SO ORDERED:

*Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: *Nov. 9, 2022*

By: */s/ Mathew C. Wasserman*

Douglas J. Varga, Esq. (Bar No. DV5312)
LUCAS & VARGA LLC
2425 Post Road, Suite 200
Southport, CT 06890

Honorable Paul G. Gardephe
November 7, 2022
Page 2

Phone: (203) 227-8400
Fax: (203) 227-8402
slucas@lucasvargalaw.com
dvarga@lucasvargalaw.com


and

Matthew C. Wasserman, Esq., Admitted *Pro Hac Vice*
Rebekah S. Mintzer, Esq., Admitted *Pro Hac Vice*
Dinsmore & Shohl LLP
222 W. Adams Street., Ste. 3400
Chicago, Illinois 60606
(312) 372-6060
Matthew.wasserman@dinsmore.com
Rebekah.mintzer@dinsmore.com