UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GRANT REED,

      Plaintiff,

- against -

LUXURY VACATION HOME LLC;
HUGH BARTON; and ANDREW
ROBBINS, as Trustee of the Bird Street Real
Estate Development Trust,

      Defendants.

**ORDER OF DISMISSAL**

20 Civ. 4243 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    The Court having been advised that all claims asserted herein have been settled, it is ordered that the above-entitled action be, and hereby is, dismissed with prejudice but without costs; provided, however, that if the settlement is not consummated within thirty days of this order, either party may apply by letter within the thirty-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored. The Clerk of Court is directed to close the case. Any pending dates and deadlines are adjourned <u>sine die</u>, and any pending motions are moot.

Dated: New York, New York
   December 14, 2022

              SO ORDERED.

              _____
              Paul G. Gardephe
              United States District Judge